Exhibit 2

| US11471072B2 | QALO QRNT Original Smart Ring ("The accused product") |
|---|---|
| 1. A non-transitory computer readable medium carrying computer executable instructions configured to cause a portable device to execute a method comprising the steps of: | The accused product comprises a non-transitory computer readable medium (e.g., a memory storage of the accused product) carrying computer executable instructions (e.g., instructions stored in memory such as operating system instructions, app instructions, etc.) configured to cause a portable device (e.g., the accused product) to execute a method.<br><br>The accused product is a portable device that comprises memory storage. It includes firmware to perform its functions. The memory storage contains instructions and data related to the firmware.<br><br><br>https://qalo.com/products/qrnt-smart-ring?srsltid=AfmBOop5B0wuRM80EvYlAOu_QqOj8MVFnRcBn7ntrsuxElpwU1s5JqFf&Ring+size |

=6&Color=Matte+Silver



https://qalo.com/products/qrnt-smart-ring?
srsltid=AfmBOopxAs1NTCz7z4M_oxkbCFvh7CsYQRyFH5GsmeYhFjC2zmfF5wAq&Ring+siz
e=6&Color=Matte+Silver

# SPECIFICATIONS

**Bluetooth Version:** BLE 5.0

**Bluetooth Range:** 2 meters

**Battery:** Rechargeable 14.5mAh - 21.5mAh depending on ring size, Lipo battery, non-replaceable.

**Data Memory:** 15 Days

**Charging Case Size:** 59.7mm*50.3mm*27.5mm

**Ring Metal:** Titanium Alloy

**Charging Case Battery:** 200mAh 3.7V Lithium Polymer Battery

**Charging Case Rated Input:** 5V 1A

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317



*Source: Teardown of the accused product*



# nRF52840

System on Chip

Multiprotocol Bluetooth SoC supporting Bluetooth LE, Bluetooth Mesh, NFC, Thread and Zigbee

The nRF52840 SoC is the most advanced member of the nRF52 Series. It meets the challenges of sophisticated applications that need protocol concurrency and a rich and varied set of peripherals and features.  It offers generous memory availability for both Flash and RAM, which are prerequisites for such demanding applications.

readable medium

aQFN73    7x7mm

QFN7 QFN48 WLCSP

7x7mm  6x6mm 8.5x3.6mm

**Where to Buy**

https://www.nordicsemi.com/Products/nRF52840?lang=en#infotabs

**Firmware Updates (OTA)**
Notifies you if a new firmware version has been released. When available, follow instructions to upgrade to the latest version.

executable instructions

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317

## I UPDATED MY RING'S FIRMWARE, AND NOW MY RING CAN'T BE FOUND                                                                                   ✕

First, place your ring in its charging case. Then, connect the case to a power outlet using the USB-C cable. Wait until you see a quick flashing light followed by a steady, slow green blink. Once you notice this, try scanning for your ring again. If you still can't find it, please remove the QALO app from your device and reinstall it.

https://qalo.com/pages/qrnt-faq

# Firmware Definition

**Firmware** is a form of microcode or program embedded into hardware devices to help them operate effectively. Hardware like cameras, mobile phones, network cards, optical drives, printers, routers, scanners, and television remotes rely on firmware built into their memory to function smoothly.

Firmware is often referred to as "software for hardware." However, there is a difference between firmware and software. Firmware provides instructions to help hardware start up, communicate with other devices, and perform basic input/output tasks. Software, on the other hand, is installed onto a device and used for interaction, such as browsing the internet, word processing, listening to music, and videoconferencing.
https://www.fortinet.com/resources/cyberglossary/what-is-firmware

As shown below, the accused product comprises memory storage



*Source: Teardown of the accused product*

| | |
|---|---|
| measuring a physical periodic motion of a peripheral artery with a pulse sensor,<br><br>*1: 5-10*<br><br>("According to an embodiment, a pulse monitor includes a sensor disposed over *an artery (e.g., a peripheral artery), such as a wrist-worn sensor that may detect a periodic expansion of the radial artery. The frequency of the periodic expansion is indicative of heart rate.*") | The accused product practices measuring a physical periodic motion (e.g., periodic expansion and contraction motion of artery corresponding to heart pumping, pulse rate, etc.) of a peripheral artery (e.g., radial and digital at fingers of a user) with a pulse sensor (e.g., heart rate sensor, etc.).<br><br>The accused product is a ring comprising photoplethysmography (PPG) sensors for heart rate detection. When a user wears the ring on a finger, it measures the user's heart rate using these sensors.<br><br># How QRNT Tracks Your Health<br><br>QRNT is a smart ring designed to monitor key health metrics using three integrated sensors: PPG (Photoplethysmography) for optical heart rate and blood oxygen detection, Accelerometer for motion and activity tracking, and multiple NTC thermistors for skin temperature measurement. These sensors work together with proprietary algorithms to provide insights into your well-being, without invasive methods.<br><br>https://qalo.com/pages/qrnt-health-tracking-metrics |

### OVERALL FUNCTIONALITY                                                    —

QRNT collects data continuously from the PPG sensor (which emits light to measure blood flow changes), Accelerometer (which detects movement and orientation), and NTC thermistors (which senses temperature variations). Proprietary algorithms process this raw data to generate actionable health metrics, ensuring accuracy tailored to individual physiology.

https://qalo.com/pages/qrnt-health-tracking-metrics

### HEART RATE (HR) AND RESTING HEART RATE (RHR)                             —

HR is tracked in real-time via the PPG sensor's optical detection of pulse waves. Resting HR focuses on periods of inactivity, cross-referenced with Accelerometer data to confirm rest states, ideally measured upon waking. The thermistor provides context on thermal effects. This averages and contextualizes data for daily trends (normal RHR 60-100 bpm) and alerts.

https://qalo.com/pages/qrnt-health-tracking-metrics

The QALO QRNT (pronounced "current") is a smart ring that monitors health metrics in real time.

- Continuous Heart Rate
- Oxygen Saturation
- Sleep
- Heart Rate Variability
- Stress
- Skin Temperature
- Movement

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317

# Heart Rate

Heart rate can be measured manually or automatically. Set your preference on the QALO app.

View heart rate data and graphics on the app.

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317

Your **heart rate** is the number of times your heart beats per minute. Your heart rate is commonly called your pulse.

https://www.heart.org/en/health-topics/high-blood-pressure/the-facts-about-high-blood-pressure/all-about-heart-rate-pulse



measuring a physical periodic motion of a peripheral artery with a pulse sensor

https://play.google.com/store/apps/details?id=com.qalo.QRNT&hl=en_US



measuring a physical periodic motion of a peripheral artery with a pulse sensor

https://parade.com/health/qalo-qrnt-smart-ring-review

As shown below, the QRNT Original Smart Ring functions when worn on any finger of the user's hand. A hand contains several peripheral arteries, such as the radial and digital arteries. The user's pulse rate can be measured through these arteries. These arteries

expand and contract in correspondence with the pumping of the heart, which is a periodic physical motion. The heart rate (i.e., pulse rate) is determined by counting the number of such periodic motions over a given time interval, or by measuring the frequency of these motions in the arteries (e.g., peripheral arteries), using the heart sensors of the accused product.

**Fit & Sizing:** The Smart Ring can be worn on the index, middle, or ring finger. It is rigid (unlike our silicone rings) and has a snugger fit. If between sizes, we recommend sizing up. Remember to accommodate for swelling and knuckle size.

| Size | Circumference (mm) |
|------|--------------------|
| 6 | 51.8 |
| 7 | 54.7 |
| 8 | 57.2 |
| 9 | 59.7 |
| 10 | 62.5 |
| 11 | 65.0 |
| 12 | 67.5 |
| 13 | 70.1 |

https://qalo.com/products/qrnt-smart-ring?srsltid=AfmBOop5B0wuRM80EvYlAOu_QqOj8MVFnRcBn7ntrsuxElpwU1s5JqFf&Ring+size=6&Color=Matte+Silver



https://www.ncbi.nlm.nih.gov/books/NBK546583/figure/article-32410.image.f2/



https://www.lybrate.com/topic/radial-artery-image

| | |
|---|---|
| | **Electrical (electrocardiography)**: Your heart generates a small electrical current with every heartbeat. Heart rate monitors with electrical detection capabilities can detect and track that current.<br><br>**Optical (photoplethysmography)**: These devices use infrared light to see the expansion of your arteries as your heart pumps blood through them. These devices track your pulse rate, and some can also estimate the oxygen levels in your blood.<br>https://my.clevelandclinic.org/health/diagnostics/23429-heart-rate-monitor |
| each measured physical periodic motion including a modulation and a pulse rate, wherein the modulation corresponds to a difference or ratio between systolic peak and diastolic hump corresponding to respective expansion of the peripheral artery during the physical periodic motion; | The accused product practices such that each measured physical periodic motion (e.g., periodic expansion and contraction motion of artery corresponding to heart pumping, pulse rate, etc.) including a modulation (e.g., heart rate variability, HRV, etc.) and a pulse rate (e.g., heart rate, etc.), wherein the modulation (e.g., heart rate variability, HRV, etc.) corresponds to a difference or ratio between systolic peak (e.g., R-peak of a heart electric signal which indicates peak during systolic phase, etc.) and diastolic hump (e.g., T-peak of a heart electric signal which indicates diastolic hump, etc.) corresponding to respective expansion of the peripheral artery (e.g., radial and digital at fingers of a user) during the physical periodic motion (e.g., heart rate which measures periodic motion of heart beating, pulse rate, etc.).<br><br>The accused product is a ring comprising photoplethysmography (PPG) sensors for heart-rate measurement. When worn on a user's finger, the ring measures the user's heart rate using these sensors. |

# How QRNT Tracks Your Health

QRNT is a smart ring designed to monitor key health metrics using three integrated sensors: PPG (Photoplethysmography) for optical heart rate and blood oxygen detection, Accelerometer for motion and activity tracking, and multiple NTC thermistors for skin temperature measurement. These sensors work together with proprietary algorithms to provide insights into your well-being, without invasive methods.

https://qalo.com/pages/qrnt-health-tracking-metrics

## OVERALL FUNCTIONALITY  —

QRNT collects data continuously from the PPG sensor (which emits light to measure blood flow changes), Accelerometer (which detects movement and orientation), and NTC thermistors (which senses temperature variations). Proprietary algorithms process this raw data to generate actionable health metrics, ensuring accuracy tailored to individual physiology.

https://qalo.com/pages/qrnt-health-tracking-metrics

## HEART RATE (HR) AND RESTING HEART RATE (RHR)     —

HR is tracked in real-time via the PPG sensor's optical detection of pulse waves. Resting HR focuses on periods of inactivity, cross-referenced with Accelerometer data to confirm rest states, ideally measured upon waking. The thermistor provides context on thermal effects. This averages and contextualizes data for daily trends (normal RHR 60-100 bpm) and alerts.

https://qalo.com/pages/qrnt-health-tracking-metrics

The QALO QRNT (pronounced "current") is a smart ring that monitors health metrics in real time.

- Continuous Heart Rate
- Oxygen Saturation
- Sleep
- Heart Rate Variability
- Stress
- Skin Temperature
- Movement

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317

# Heart Rate

Heart rate can be measured manually or automatically. Set your preference on the QALO app.

View heart rate data and graphics on the app.

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317

Your **heart rate** is the number of times your heart beats per minute. Your heart rate is commonly called your pulse.

https://www.heart.org/en/health-topics/high-blood-pressure/the-facts-about-high-blood-pressure/all-about-heart-rate-pulse



https://parade.com/health/qalo-qrnt-smart-ring-review



https://play.google.com/store/apps/details?id=com.qalo.QRNT&hl=en_US

As shown below, the QRNT Original Smart Ring functions when worn on any finger of the user's hand. A hand contains several peripheral arteries, such as the radial and digital arteries, through which the user's heart rate can be measured. The accused product determines two metrics: heart rate and heart rate variability (HRV) (e.g., modulation)

using its heart sensors. Heart rate represents the number of heartbeats within a given time period, while heart rate variability measures the variation in time between consecutive heartbeats.

**Fit & Sizing:** The Smart Ring can be worn on the index, middle, or ring finger. It is rigid (unlike our silicone rings) and has a snugger fit. If between sizes, we recommend sizing up. Remember to accommodate for swelling and knuckle size.

| Size | Circumference (mm) |
|------|--------------------|
| 6 | 51.8 |
| 7 | 54.7 |
| 8 | 57.2 |
| 9 | 59.7 |
| 10 | 62.5 |
| 11 | 65.0 |
| 12 | 67.5 |
| 13 | 70.1 |

https://qalo.com/products/qrnt-smart-ring?srsltid=AfmBOop5B0wuRM80EvYlAOu_QqOj8MVFnRcBn7ntrsuxElpwU1s5JqFf&Ring+size=6&Color=Matte+Silver



https://www.ncbi.nlm.nih.gov/books/NBK546583/figure/article-32410.image.f2/

**Electrical (electrocardiography)**: Your heart generates a small electrical current with every heartbeat. Heart rate monitors with electrical detection capabilities can detect and track that current.

**Optical (photoplethysmography)**: These devices use infrared light to see the expansion of your arteries as your heart pumps blood through them. These devices track your pulse rate, and some can also estimate the oxygen levels in your blood.

https://my.clevelandclinic.org/health/diagnostics/23429-heart-rate-monitor

## Track Key Health Metrics:

- Sleep

- Stress

- Movement & Workouts

- Heart Rate Variability (HRV) — modulation

- Oxygen Saturation (SpO2)

https://qalo.com/products/qrnt-smart-ring?srsltid=AfmBOop5B0wuRM80EvYlAOu_QqOj8MVFnRcBn7ntrsuxElpwU1s5JqFf&Ring+size=6&Color=Matte+Silver

### HEART RATE VARIABILITY (HRV)                                              —

HRV is derived from PPG sensor data, which captures beat-to-beat intervals in blood flow. The Accelerometer helps filter out motion artifacts, while the thermistor accounts for temperature influences on vascular response. This computes HRV metrics (normal 19-75 ms for healthy adults) to assess stress, recovery, and autonomic nervous system balance, with higher HRV indicating better "rest-and-digest" function.

https://qalo.com/pages/qrnt-health-tracking-metrics

## Heart Rate Variability

HRV is measured automatically at your chosen interval. Set your preference on the QALO app.

View HRV values and states (Low, Normal, High, Excellent) on the app.

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317



https://parade.com/health/qalo-qrnt-smart-ring-review

HRV is simply a measure of the variation in time between each heartbeat. This variation is controlled by a primitive part of the nervous system called the autonomic nervous system (ANS). It works behind the scenes, automatically regulating our heart rate, blood pressure, breathing, and digestion among other key tasks. The ANS is subdivided into two large components: the sympathetic and the parasympathetic nervous system, also known as the fight-or-flight mechanism and the relaxation response.

https://www.health.harvard.edu/blog/heart-rate-variability-new-way-track-well-2017112212789

But why use HRV to measure stress? According to Harvard, HRV is controlled by our autonomic nervous system (ANS). It's a part of our nervous system that automatically adjusts our heart rate, blood pressure, and breathing rate in response to environmental stressors. This part of the nervous system is balanced by two parts that control our high stress flight/fight response and relaxed states. If your HRV is low — if there exists a slight variation between heartbeats — it's a possible indicator that your ANS could be in a higher stress mode. If your HRV is high and the intervals between heartbeats are more varied, you're likely in a more relaxed state.

https://www.androidauthority.com/how-does-galaxy-watch-measure-stress-3234828/

Simply, HRV is a measure of the variation in time between your heartbeats and can be used as a guide to help manage stress. If you're in fight-or-flight mode, for example, your heart pumps faster and time between beats becomes shorter. This reduces HRV and indicates higher stress.

| | https://www.webmd.com/balance/stress-management/news/20240104/heart-rate-variability-anti-stress-weapon

During a beat interval, the radial and digital arteries undergoes expansion during systolic phase (followed by a diastolic phase) of the beat cycle. If T is the duration of a pulse, and T1 and T2 correspond to the timing of a systolic peak and a diastolic hump respectively relative to the start of the pulse, T2-T1 corresponds to the modulation in respect of the periodic motion of the radial and digital arteries. If during the next pulse cycle, the pulse duration becomes $\alpha*T$, the difference between systolic peak and diastolic hump will become $(T+ \alpha*T2) – (T+ \alpha*T1) = \alpha(T2-T1)$ considering the shape of arterial line waveforms. The change (modulation) in the difference between systolic peak and diastolic hump will, in successive beat cycles, will be: $\alpha(T2-T1)- (T2-T1) = (T2-T1) (\alpha-1)$. T2-T1 is scaled by $(\alpha -1)$ as a consequence of change in the duration of pulse. The value $(\alpha-1)$ is nothing but a measure of heart rate variability, defined as the variation in beat-to-beat interval. Considering T and $\alpha*T$ as the pulse durations in successive cycles hereinabove, the variation in beat-to-beat interval will be: $\alpha*T-T= T (\alpha-1)$. The modulation corresponding to a difference or ratio between systolic peak and diastolic hump corresponding to respective expansion of the peripheral artery during the physical periodic motion is therefore heart rate variability. |

While RHR measures the number of beats per minute at resting, HRV measures the fluctuation in time between successive heart beats. On an electrocardiogram reading, we will see a number of spikes within each heartbeat. First is PR interval (atrial polarization or activation), followed by the QT interval (ventricular depolarization and repolarization). Within the QT interval is the QRS complex, as seen in the large spike on the picture. The top of this spike is the R wave, and the distance between R waves is known as the R-R interval, which is then used to calculate HRV.



https://performanceoptimalhealth.com/blog/exercise/heart-rate-variability/



https://performanceoptimalhealth.com/blog/exercise/heart-rate-variability/



https://derangedphysiology.com/main/cicm-primary-exam/required-reading/cardiovascular-system/Chapter%20760/normal-arterial-line-waveforms

| receiving the modulation and the pulse rate with a microcontroller and saving the modulation and the pulse rate to a buffer memory as a modulation history and a pulse rate history, | The accused product practices receiving the modulation (e.g., heart rate variability, HRV, etc.) and the pulse rate (e.g., heart rate, etc.) with a microcontroller (e.g., microcontroller of the accused product) and saving the modulation (e.g., heart rate variability, HRV, etc.) and the pulse rate (e.g., heart rate, etc.) to a buffer memory (e.g., RAM of the accused product) as a modulation history (e.g., heart rate variability historical data) and a pulse rate history (e.g., heart rate historical data).<br><br>The accused product determines heart rate (e.g., pulse rate) and heart rate variability (e.g., modulation) using heart rate sensors. It calculates values for these metrics from the sensor data using its microcontroller. |

The accused product provides a stress determination feature. It estimates stress of a person using heart rate and heart rate variability metrics. For the stress estimation, it determines a baseline value of HRV which is a rolling average of earlier measured HRV values. The accused product stores heart rate values and heart rate variability values for determining baseline value in its memory storage.

Furthermore, the accused product determines daily average heart rate and heart rate variability values during sleep and stores up to fifteen days of data to compute these averages.

# How QRNT Tracks Your Health

QRNT is a smart ring designed to monitor key health metrics using three integrated sensors: PPG (Photoplethysmography) for optical heart rate and blood oxygen detection, Accelerometer for motion and activity tracking, and multiple NTC thermistors for skin temperature measurement. These sensors work together with proprietary algorithms to provide insights into your well-being, without invasive methods.

https://qalo.com/pages/qrnt-health-tracking-metrics

## OVERALL FUNCTIONALITY                                    —

QRNT collects data continuously from the PPG sensor (which emits light to measure blood flow changes), Accelerometer (which detects movement and orientation), and NTC thermistors (which senses temperature variations). Proprietary algorithms process this raw data to generate actionable health metrics, ensuring accuracy tailored to individual physiology.

https://qalo.com/pages/qrnt-health-tracking-metrics

## HEART RATE (HR) AND RESTING HEART RATE (RHR)          —

HR is tracked in real-time via the PPG sensor's optical detection of pulse waves. Resting HR focuses on periods of inactivity, cross-referenced with Accelerometer data to confirm rest states, ideally measured upon waking. The thermistor provides context on thermal effects. This averages and contextualizes data for daily trends (normal RHR 60-100 bpm) and alerts.

https://qalo.com/pages/qrnt-health-tracking-metrics

The QALO QRNT (pronounced "current") is a smart ring that monitors health metrics in real time.

- Continuous Heart Rate
- Oxygen Saturation
- Sleep
- Heart Rate Variability
- Stress
- Skin Temperature
- Movement

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317

# Heart Rate

Heart rate can be measured manually or automatically. Set your preference on the QALO app.

View heart rate data and graphics on the app.

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317



https://play.google.com/store/apps/details?id=com.qalo.QRNT&hl=en_US



https://parade.com/health/qalo-qrnt-smart-ring-review

Track Key Health Metrics:

- Sleep

- Stress

- Movement & Workouts

- Heart Rate Variability (HRV) — modulation

- Oxygen Saturation (SpO2)

https://qalo.com/products/qrnt-smart-ring?srsltid=AfmBOop5B0wuRM80EvYlAOu_QqOj8MVFnRcBn7ntrsuxElpwU1s5JqFf&Ring+size=6&Color=Matte+Silver

**HEART RATE VARIABILITY (HRV)**                                              —

HRV is derived from PPG sensor data, which captures beat-to-beat intervals in blood flow. The Accelerometer helps filter out motion artifacts, while the thermistor accounts for temperature influences on vascular response. This computes HRV metrics (normal 19-75 ms for healthy adults) to assess stress, recovery, and autonomic nervous system balance, with higher HRV indicating better "rest-and-digest" function.

https://qalo.com/pages/qrnt-health-tracking-metrics

# Heart Rate Variability

HRV is measured automatically at your chosen interval. Set your preference on the QALO app.

View HRV values and states (Low, Normal, High, Excellent) on the app.

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317



modulation

https://parade.com/health/qalo-qrnt-smart-ring-review

## HEART RATE VARIABILITY (HRV)                                              −

HRV is derived from PPG sensor data, which captures beat-to-beat intervals in blood flow. The Accelerometer helps filter out motion artifacts, while the thermistor accounts for temperature influences on vascular response. This computes HRV metrics (normal 19-75 ms for healthy adults) to assess stress, recovery, and autonomic nervous system balance, with higher HRV indicating better "rest-and-digest" function.

https://qalo.com/pages/qrnt-health-tracking-metrics

## STRESS                                                                   −

Stress is assessed using PPG-derived HRV data to evaluate tension vs. relaxation states. The Accelerometer distinguishes activity-induced changes, and thermistor factors in temperature impacts. This generates a stress score (1-100) throughout the day, where normal levels support well-being but chronic high scores indicate prolonged tension hindering recovery.

https://qalo.com/pages/qrnt-health-tracking-metrics

## Stress

Stress is measured automatically at your chosen interval. Set your preference on the QALO app.

View values and states (Calm, Moderate, Stressed, or Severe) on the app.

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317



https://apps.apple.com/us/app/qalo/id6738357130



https://parade.com/health/qalo-qrnt-smart-ring-review

As shown below, the QRNT Original Smart Ring functions when worn on any finger of the user's hand. A hand contains several peripheral arteries, such as the radial and digital arteries, through which the user's heart rate can be measured. The accused product determines two metrics: heart rate and heart rate variability (HRV) (e.g., modulation) using its heart sensors. Heart rate represents the number of heartbeats within a given time period, while heart rate variability measures the variation in time between consecutive heartbeats.

**Fit & Sizing:** The Smart Ring can be worn on the index, middle, or ring finger. It is rigid (unlike our silicone rings) and has a snugger fit. If between sizes, we recommend sizing up. Remember to accommodate for swelling and knuckle size.

| Size | Circumference (mm) |
|------|--------------------|
| 6    | 51.8               |
| 7    | 54.7               |
| 8    | 57.2               |
| 9    | 59.7               |
| 10   | 62.5               |
| 11   | 65.0               |
| 12   | 67.5               |
| 13   | 70.1               |

https://qalo.com/products/qrnt-smart-ring?srsltid=AfmBOop5B0wuRM80EvYlAOu_QqOj8MVFnRcBn7ntrsuxElpwU1s5JqFf&Ring+size=6&Color=Matte+Silver



https://www.ncbi.nlm.nih.gov/books/NBK546583/figure/article-32410.image.f2/

HRV is simply a measure of the variation in time between each heartbeat. This variation is controlled by a primitive part of the nervous system called the autonomic nervous system (ANS). It works behind the scenes, automatically regulating our heart rate, blood pressure, breathing, and digestion among other key tasks. The ANS is subdivided into two large components: the sympathetic and the parasympathetic nervous system, also known as the fight-or-flight mechanism and the relaxation response.

https://www.health.harvard.edu/blog/heart-rate-variability-new-way-track-well-2017112212789

But why use HRV to measure stress? According to Harvard, HRV is controlled by our autonomic nervous system (ANS). It's a part of our nervous system that automatically adjusts our heart rate, blood pressure, and breathing rate in response to environmental stressors. This part of the nervous system is balanced by two parts that control our high stress flight/fight response and relaxed states. If your HRV is low — if there exists a slight variation between heartbeats — it's a possible indicator that your ANS could be in a higher stress mode. If your HRV is high and the intervals between heartbeats are more varied, you're likely in a more relaxed state.

https://www.androidauthority.com/how-does-galaxy-watch-measure-stress-3234828/

Simply, HRV is a measure of the variation in time between your heartbeats and can be used as a guide to help manage stress. If you're in fight-or-flight mode, for example, your heart pumps faster and time between beats becomes shorter. This reduces HRV and indicates higher stress.

https://www.webmd.com/balance/stress-management/news/20240104/heart-rate-variability-anti-stress-weapon

- If you're using a heart rate variability tracker for the first time, look at your HRV average over the course of a week to learn your baseline. Once you learn your baseline, you'll have a better idea of what a high or low HRV is for you, then can take steps to modify your routine depending on how you're tracking. "It is better to follow your own individual trend of HRV over time to help you make decisions on any given day," he adds.

https://www.hss.edu/article_heart-rate-variability.asp

Generally, the normal heart rate at rest for adults is between 60 and 100 beats per minute. [4] The average HRV for a person with a resting heart rate of 60 beats per minute would be one second, but actual HRV values could have a broader fluctuation. [5]

There isn't a specific "normal" range that applies to everyone. One person's normal could be abnormal for you. Consistently wearing a tracking device for a few weeks can help you determine your baseline HRV measurement.

https://www.verywellhealth.com/heart-rate-variability-5215411

If you track your HRV data at home using a smartwatch or fitness tracker, it's a good idea to compare your data to your own baseline. Generally, a higher HRV is considered "better" than a lower HRV, but this varies from person to person. If you notice any major shifts in your HRV, talk with a healthcare professional.

https://www.healthline.com/health/heart-health/heart-rate-variability-chart#hrv-guidelines

# How QRNT Tracks Your Health

QRNT is a smart ring designed to monitor key health metrics using three integrated sensors: PPG (Photoplethysmography) for optical heart rate and blood oxygen detection, Accelerometer for motion and activity tracking, and multiple NTC thermistors for skin temperature measurement. These sensors work together with proprietary algorithms to provide insights into your well-being, without invasive methods.

https://qalo.com/pages/qrnt-health-tracking-metrics

### OVERALL FUNCTIONALITY       −

QRNT collects data continuously from the PPG sensor (which emits light to measure blood flow changes), Accelerometer (which detects movement and orientation), and NTC thermistors (which senses temperature variations). Proprietary algorithms process this raw data to generate actionable health metrics, ensuring accuracy tailored to individual physiology.

https://qalo.com/pages/qrnt-health-tracking-metrics

### HEART RATE (HR) AND RESTING HEART RATE (RHR)    —

HR is tracked in real-time via the PPG sensor's optical detection of pulse waves. Resting HR focuses on periods of inactivity, cross-referenced with Accelerometer data to confirm rest states, ideally measured upon waking. The thermistor provides context on thermal effects. This averages and contextualizes data for daily trends (normal RHR 60-100 bpm) and alerts.

https://qalo.com/pages/qrnt-health-tracking-metrics

## Heart Rate

Heart rate can be measured manually or automatically. Set your preference on the QALO app.

View heart rate data and graphics on the app.

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317



https://play.google.com/store/apps/details?id=com.qalo.QRNT&hl=en_US



https://parade.com/health/qalo-qrnt-smart-ring-review

# SPECIFICATIONS

**Bluetooth Version:** BLE 5.0

**Bluetooth Range:** 2 meters

**Battery:** Rechargeable 14.5mAh - 21.5mAh depending on ring size, Lipo battery, non-replaceable.

**Data Memory:** 15 Days

**Charging Case Size:** 59.7mm*50.3mm*27.5mm

**Ring Metal:** Titanium Alloy

**Charging Case Battery:** 200mAh 3.7V Lithium Polymer Battery

**Charging Case Rated Input:** 5V 1A

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317



*Source: Teardown of the accused product*



aQFN73                    7x7mm



**QFN7** **QFN48** **WLCSP**

**7x7mm**  6x6mm 3.5x3.6mm

## Where to Buy

# nRF52840

System on Chip

Multiprotocol Bluetooth SoC supporting Bluetooth LE, Bluetooth Mesh, NFC, Thread and Zigbee

The nRF52840 SoC is the most advanced member of the nRF52 Series. It meets the challenges of sophisticated applications that need protocol concurrency and a rich and varied set of peripherals and features.  It offers generous memory availability for both Flash and RAM, which are prerequisites for such demanding applications.

https://www.nordicsemi.com/Products/nRF52840?lang=en#infotabs



*Source: Teardown of the accused product*

| determining, with the microcontroller, at least one limit further including at least one of a modulation limit value, a pulse rate limit value, and a blood flow limit value, from the modulation history and the pulse rate history; | The accused product practices determining, with the microcontroller (e.g., microcontroller of the accused product), at least one limit (e.g., baseline limit) further including at least one of a modulation limit value (e.g., a limit related to heart rate variability, HRV limit, etc.), a pulse rate limit value, and a blood flow limit value, from the modulation history (e.g., historical measured HRV values) and the pulse rate history (e.g., historical measured heart rate values). |
|---|---|
| | The accused product determines heart rate (e.g., pulse rate) and heart rate variability (e.g., modulation) using heart rate sensors. It calculates values for these metrics from the sensor data using its microcontroller. |
| | The accused product provides a stress determination feature. It estimates stress of a person using heart rate and heart rate variability metrices. For the stress estimation, it determines a baseline value of HRV which is a rolling average of earlier measured HRV values. |

# How QRNT Tracks Your Health

QRNT is a smart ring designed to monitor key health metrics using three integrated sensors: PPG (Photoplethysmography) for optical heart rate and blood oxygen detection, Accelerometer for motion and activity tracking, and multiple NTC thermistors for skin temperature measurement. These sensors work together with proprietary algorithms to provide insights into your well-being, without invasive methods.

https://qalo.com/pages/qrnt-health-tracking-metrics

### OVERALL FUNCTIONALITY                                                —

QRNT collects data continuously from the PPG sensor (which emits light to measure blood flow changes), Accelerometer (which detects movement and orientation), and NTC thermistors (which senses temperature variations). Proprietary algorithms process this raw data to generate actionable health metrics, ensuring accuracy tailored to individual physiology.

https://qalo.com/pages/qrnt-health-tracking-metrics

## HEART RATE (HR) AND RESTING HEART RATE (RHR)    —

HR is tracked in real-time via the PPG sensor's optical detection of pulse waves. Resting HR focuses on periods of inactivity, cross-referenced with Accelerometer data to confirm rest states, ideally measured upon waking. The thermistor provides context on thermal effects. This averages and contextualizes data for daily trends (normal RHR 60-100 bpm) and alerts.

https://qalo.com/pages/qrnt-health-tracking-metrics

The QALO QRNT (pronounced "current") is a smart ring that monitors health metrics in real time.

- Continuous Heart Rate
- Oxygen Saturation
- Sleep
- Heart Rate Variability
- Stress
- Skin Temperature
- Movement

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317

# Heart Rate

Heart rate can be measured manually or automatically. Set your preference on the QALO app.

View heart rate data and graphics on the app.

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317



https://play.google.com/store/apps/details?id=com.qalo.QRNT&hl=en_US



https://parade.com/health/qalo-qrnt-smart-ring-review

Track Key Health Metrics:

- Sleep

- Stress

- Movement & Workouts

- Heart Rate Variability (HRV) — modulation

- Oxygen Saturation (SpO2)

https://qalo.com/products/qrnt-smart-ring?srsltid=AfmBOop5B0wuRM80EvYlAOu_QqOj8MVFnRcBn7ntrsuxEIpwU1s5JqFf&Ring+size=6&Color=Matte+Silver

## HEART RATE VARIABILITY (HRV)                                    −

HRV is derived from PPG sensor data, which captures beat-to-beat intervals in blood flow. The Accelerometer helps filter out motion artifacts, while the thermistor accounts for temperature influences on vascular response. This computes HRV metrics (normal 19-75 ms for healthy adults) to assess stress, recovery, and autonomic nervous system balance, with higher HRV indicating better "rest-and-digest" function.

https://qalo.com/pages/qrnt-health-tracking-metrics

## Heart Rate Variability

HRV is measured automatically at your chosen interval. Set your preference on the QALO app.

View HRV values and states (Low, Normal, High, Excellent) on the app.

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317



modulation

https://parade.com/health/qalo-qrnt-smart-ring-review

## HEART RATE VARIABILITY (HRV)    —

HRV is derived from PPG sensor data, which captures beat-to-beat intervals in blood flow. The Accelerometer helps filter out motion artifacts, while the thermistor accounts for temperature influences on vascular response. This computes HRV metrics (normal 19-75 ms for healthy adults) to assess stress, recovery, and autonomic nervous system balance, with higher HRV indicating better "rest-and-digest" function.

https://qalo.com/pages/qrnt-health-tracking-metrics

## STRESS    —

Stress is assessed using PPG-derived HRV data to evaluate tension vs. relaxation states. The Accelerometer distinguishes activity-induced changes, and thermistor factors in temperature impacts. This generates a stress score (1-100) throughout the day, where normal levels support well-being but chronic high scores indicate prolonged tension hindering recovery.

https://qalo.com/pages/qrnt-health-tracking-metrics

## Stress

Stress is measured automatically at your chosen interval. Set your preference on the QALO app.

View values and states (Calm, Moderate, Stressed, or Severe) on the app.

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317



https://apps.apple.com/us/app/qalo/id6738357130



https://parade.com/health/qalo-qrnt-smart-ring-review

As shown below, the QRNT Original Smart Ring functions when worn on any finger of the user's hand. A hand contains several peripheral arteries, such as the radial and digital arteries, through which the user's heart rate can be measured. The accused product determines two metrics: heart rate and heart rate variability (HRV) (e.g., modulation) using its heart sensors. Heart rate represents the number of heartbeats within a given time period, while heart rate variability measures the variation in time between consecutive heartbeats.

**Fit & Sizing:** The Smart Ring can be worn on the index, middle, or ring finger. It is rigid (unlike our silicone rings) and has a snugger fit. If between sizes, we recommend sizing up. Remember to accommodate for swelling and knuckle size.

| Size | Circumference (mm) |
|------|--------------------|
| 6    | 51.8               |
| 7    | 54.7               |
| 8    | 57.2               |
| 9    | 59.7               |
| 10   | 62.5               |
| 11   | 65.0               |
| 12   | 67.5               |
| 13   | 70.1               |

https://qalo.com/products/qrnt-smart-ring?srsltid=AfmBOop5B0wuRM80EvYlAOu_QqOj8MVFnRcBn7ntrsuxElpwU1s5JqFf&Ring+size=6&Color=Matte+Silver



https://www.ncbi.nlm.nih.gov/books/NBK546583/figure/article-32410.image.f2/

HRV is simply a measure of the variation in time between each heartbeat. This variation is controlled by a primitive part of the nervous system called the autonomic nervous system (ANS). It works behind the scenes, automatically regulating our heart rate, blood pressure, breathing, and digestion among other key tasks. The ANS is subdivided into two large components: the sympathetic and the parasympathetic nervous system, also known as the fight-or-flight mechanism and the relaxation response.

https://www.health.harvard.edu/blog/heart-rate-variability-new-way-track-well-2017112212789

But why use HRV to measure stress? According to Harvard, HRV is controlled by our autonomic nervous system (ANS). It's a part of our nervous system that automatically adjusts our heart rate, blood pressure, and breathing rate in response to environmental stressors. This part of the nervous system is balanced by two parts that control our high stress flight/fight response and relaxed states. If your HRV is low — if there exists a slight variation between heartbeats — it's a possible indicator that your ANS could be in a higher stress mode. If your HRV is high and the intervals between heartbeats are more varied, you're likely in a more relaxed state.

https://www.androidauthority.com/how-does-galaxy-watch-measure-stress-3234828/

Simply, HRV is a measure of the variation in time between your heartbeats and can be used as a guide to help manage stress. If you're in fight-or-flight mode, for example, your heart pumps faster and time between beats becomes shorter. This reduces HRV and indicates higher stress.

https://www.webmd.com/balance/stress-management/news/20240104/heart-rate-variability-anti-stress-weapon

As shown below, a measured heart rate variability value is compared to its baseline HRV value to determine whether HRV value is a high value or low value. Based on the comparison, the accused product determines whether a user is in stressed state (e.g., low HRV value) or relaxed state (e.g., high HRV value).

- If you're using a heart rate variability tracker for the first time, look at your HRV average over the course of a week to learn your baseline. Once you learn your baseline, you'll have a better idea of what a high or low HRV is for you, then can take steps to modify your routine depending on how you're tracking. "It is better to follow your own individual trend of HRV over time to help you make decisions on any given day," he adds.

https://www.hss.edu/article_heart-rate-variability.asp

Generally, the normal heart rate at rest for adults is between 60 and 100 beats per minute. [4] The average HRV for a person with a resting heart rate of 60 beats per minute would be one second, but actual HRV values could have a broader fluctuation. [5]

There isn't a specific "normal" range that applies to everyone. One person's normal could be abnormal for you. Consistently wearing a tracking device for a few weeks can help you determine your baseline HRV measurement.

https://www.verywellhealth.com/heart-rate-variability-5215411

| | If you track your HRV data at home using a smartwatch or fitness tracker, it's a good idea to compare your data to your own baseline. Generally, a higher HRV is considered "better" than a lower HRV, but this varies from person to person. If you notice any major shifts in your HRV, talk with a healthcare professional. https://www.healthline.com/health/heart-health/heart-rate-variability-chart#hrv-guidelines |



https://play.google.com/store/apps/details?id=com.qalo.QRNT&hl=en_US



https://parade.com/health/qalo-qrnt-smart-ring-review

# How QRNT Tracks Your Health

QRNT is a smart ring designed to monitor key health metrics using three integrated sensors: PPG (Photoplethysmography) for optical heart rate and blood oxygen detection, Accelerometer for motion and activity tracking, and multiple NTC thermistors for skin temperature measurement. These sensors work together with proprietary algorithms to provide insights into your well-being, without invasive methods.

https://qalo.com/pages/qrnt-health-tracking-metrics

## OVERALL FUNCTIONALITY                                                —

QRNT collects data continuously from the PPG sensor (which emits light to measure blood flow changes), Accelerometer (which detects movement and orientation), and NTC thermistors (which senses temperature variations). Proprietary algorithms process this raw data to generate actionable health metrics, ensuring accuracy tailored to individual physiology.

https://qalo.com/pages/qrnt-health-tracking-metrics

## HEART RATE (HR) AND RESTING HEART RATE (RHR)    —

HR is tracked in real-time via the PPG sensor's optical detection of pulse waves. Resting HR focuses on periods of inactivity, cross-referenced with Accelerometer data to confirm rest states, ideally measured upon waking. The thermistor provides context on thermal effects. This averages and contextualizes data for daily trends (normal RHR 60-100 bpm) and alerts.

https://qalo.com/pages/qrnt-health-tracking-metrics

The QALO QRNT (pronounced "current") is a smart ring that monitors health metrics in real time.

- Continuous Heart Rate
- Oxygen Saturation
- Sleep
- Heart Rate Variability
- Stress
- Skin Temperature
- Movement

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317

# Heart Rate

Heart rate can be measured manually or automatically. Set your preference on the QALO app.

View heart rate data and graphics on the app.

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317

Track Key Health Metrics:

- Sleep

- Stress

- Movement & Workouts

- Heart Rate Variability (HRV) — modulation

- Oxygen Saturation (SpO2)

https://qalo.com/products/qrnt-smart-ring?srsltid=AfmBOop5B0wuRM80EvYlAOu_QqOj8MVFnRcBn7ntrsuxElpwU1s5JqFf&Ring+size=6&Color=Matte+Silver

## HEART RATE VARIABILITY (HRV)                                —

HRV is derived from PPG sensor data, which captures beat-to-beat intervals in blood flow. The Accelerometer helps filter out motion artifacts, while the thermistor accounts for temperature influences on vascular response. This computes HRV metrics (normal 19-75 ms for healthy adults) to assess stress, recovery, and autonomic nervous system balance, with higher HRV indicating better "rest-and-digest" function.

https://qalo.com/pages/qrnt-health-tracking-metrics

## Heart Rate Variability

HRV is measured automatically at your chosen interval. Set your preference on the QALO app.

View HRV values and states (Low, Normal, High, Excellent) on the app.

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317



modulation

https://parade.com/health/qalo-qrnt-smart-ring-review

## HEART RATE VARIABILITY (HRV)    −

HRV is derived from PPG sensor data, which captures beat-to-beat intervals in blood flow. The Accelerometer helps filter out motion artifacts, while the thermistor accounts for temperature influences on vascular response. This computes HRV metrics (normal 19-75 ms for healthy adults) to assess stress, recovery, and autonomic nervous system balance, with higher HRV indicating better "rest-and-digest" function.

https://qalo.com/pages/qrnt-health-tracking-metrics

## STRESS    −

Stress is assessed using PPG-derived HRV data to evaluate tension vs. relaxation states. The Accelerometer distinguishes activity-induced changes, and thermistor factors in temperature impacts. This generates a stress score (1-100) throughout the day, where normal levels support well-being but chronic high scores indicate prolonged tension hindering recovery.

https://qalo.com/pages/qrnt-health-tracking-metrics

## Stress

Stress is measured automatically at your chosen interval. Set your preference on the QALO app.

View values and states (Calm, Moderate, Stressed, or Severe) on the app.

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317



https://apps.apple.com/us/app/qalo/id6738357130



https://parade.com/health/qalo-qrnt-smart-ring-review

As shown below, the accused product comprises a microcontroller.



*Source: Teardown of the accused product*



*Source: Teardown of the accused product*

| writing the at least one limit to a non-transitory computer readable medium; | The accused product practices writing the at least one limit (e.g., baseline limit) to a non-transitory computer readable medium (e.g., memory of the accused product).<br><br>The accused product determines heart rate (e.g., pulse rate) and heart rate variability (e.g., modulation) using heart rate sensors. It calculates values for these metrics from the sensor data using its microcontroller.<br><br>The accused product provides a stress determination feature. It estimates stress of a person using heart rate and heart rate variability metrices. For the stress estimation, it determines a baseline value of HRV which is a rolling average of earlier measured HRV values. |
|---|---|

# How QRNT Tracks Your Health

QRNT is a smart ring designed to monitor key health metrics using three integrated sensors: PPG (Photoplethysmography) for optical heart rate and blood oxygen detection, Accelerometer for motion and activity tracking, and multiple NTC thermistors for skin temperature measurement. These sensors work together with proprietary algorithms to provide insights into your well-being, without invasive methods.

https://qalo.com/pages/qrnt-health-tracking-metrics

## OVERALL FUNCTIONALITY                                                          −

QRNT collects data continuously from the PPG sensor (which emits light to measure blood flow changes), Accelerometer (which detects movement and orientation), and NTC thermistors (which senses temperature variations). Proprietary algorithms process this raw data to generate actionable health metrics, ensuring accuracy tailored to individual physiology.

https://qalo.com/pages/qrnt-health-tracking-metrics

## HEART RATE (HR) AND RESTING HEART RATE (RHR)     &minus;

HR is tracked in real-time via the PPG sensor's optical detection of pulse waves. Resting HR focuses on periods of inactivity, cross-referenced with Accelerometer data to confirm rest states, ideally measured upon waking. The thermistor provides context on thermal effects. This averages and contextualizes data for daily trends (normal RHR 60-100 bpm) and alerts.

https://qalo.com/pages/qrnt-health-tracking-metrics

The QALO QRNT (pronounced "current") is a smart ring that monitors health metrics in real time.

- Continuous Heart Rate
- Oxygen Saturation
- Sleep
- Heart Rate Variability
- Stress
- Skin Temperature
- Movement

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317

# Heart Rate

Heart rate can be measured manually or automatically. Set your preference on the QALO app.

View heart rate data and graphics on the app.

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317

Track Key Health Metrics:

- Sleep

- Stress

- Movement & Workouts

- Heart Rate Variability (HRV) — modulation

- Oxygen Saturation (SpO2)

https://qalo.com/products/qrnt-smart-ring?srsltid=AfmBOop5B0wuRM80EvYlAOu_QqOj8MVFnRcBn7ntrsuxElpwU1s5JqFf&Ring+size=6&Color=Matte+Silver

## HEART RATE VARIABILITY (HRV)                                                    −

HRV is derived from PPG sensor data, which captures beat-to-beat intervals in blood flow. The Accelerometer helps filter out motion artifacts, while the thermistor accounts for temperature influences on vascular response. This computes HRV metrics (normal 19-75 ms for healthy adults) to assess stress, recovery, and autonomic nervous system balance, with higher HRV indicating better "rest-and-digest" function.

https://qalo.com/pages/qrnt-health-tracking-metrics

# Heart Rate Variability

HRV is measured automatically at your chosen interval. Set your preference on the QALO app.

View HRV values and states (Low, Normal, High, Excellent) on the app.

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317



https://parade.com/health/qalo-qrnt-smart-ring-review

## HEART RATE VARIABILITY (HRV)    −

HRV is derived from PPG sensor data, which captures beat-to-beat intervals in blood flow. The Accelerometer helps filter out motion artifacts, while the thermistor accounts for temperature influences on vascular response. This computes HRV metrics (normal 19-75 ms for healthy adults) to assess stress, recovery, and autonomic nervous system balance, with higher HRV indicating better "rest-and-digest" function.

https://qalo.com/pages/qrnt-health-tracking-metrics

## STRESS    −

Stress is assessed using PPG-derived HRV data to evaluate tension vs. relaxation states. The Accelerometer distinguishes activity-induced changes, and thermistor factors in temperature impacts. This generates a stress score (1-100) throughout the day, where normal levels support well-being but chronic high scores indicate prolonged tension hindering recovery.

https://qalo.com/pages/qrnt-health-tracking-metrics

## Stress

Stress is measured automatically at your chosen interval. Set your preference on the QALO app.

View values and states (Calm, Moderate, Stressed, or Severe) on the app.

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317



https://apps.apple.com/us/app/qalo/id6738357130



https://parade.com/health/qalo-qrnt-smart-ring-review

As shown below, the QRNT Original Smart Ring functions when worn on any finger of the user's hand. A hand contains several peripheral arteries, such as the radial and digital arteries, through which the user's heart rate can be measured. The accused product determines two metrics: heart rate and heart rate variability (HRV) (e.g., modulation) using its heart sensors. Heart rate represents the number of heartbeats within a given time period, while heart rate variability measures the variation in time between consecutive heartbeats.

**Fit & Sizing:** The Smart Ring can be worn on the index, middle, or ring finger. It is rigid (unlike our silicone rings) and has a snugger fit. If between sizes, we recommend sizing up. Remember to accommodate for swelling and knuckle size.

| Size | Circumference (mm) |
|------|--------------------|
| 6    | 51.8               |
| 7    | 54.7               |
| 8    | 57.2               |
| 9    | 59.7               |
| 10   | 62.5               |
| 11   | 65.0               |
| 12   | 67.5               |
| 13   | 70.1               |

https://qalo.com/products/qrnt-smart-ring?srsltid=AfmBOop5B0wuRM80EvYlAOu_QqOj8MVFnRcBn7ntrsuxElpwU1s5JqFf&Ring+size=6&Color=Matte+Silver



https://www.ncbi.nlm.nih.gov/books/NBK546583/figure/article-32410.image.f2/

HRV is simply a measure of the variation in time between each heartbeat. This variation is controlled by a primitive part of the nervous system called the autonomic nervous system (ANS). It works behind the scenes, automatically regulating our heart rate, blood pressure, breathing, and digestion among other key tasks. The ANS is subdivided into two large components: the sympathetic and the parasympathetic nervous system, also known as the fight-or-flight mechanism and the relaxation response.

https://www.health.harvard.edu/blog/heart-rate-variability-new-way-track-well-2017112212789

But why use HRV to measure stress? According to Harvard, HRV is controlled by our autonomic nervous system (ANS). It's a part of our nervous system that automatically adjusts our heart rate, blood pressure, and breathing rate in response to environmental stressors. This part of the nervous system is balanced by two parts that control our high stress flight/fight response and relaxed states. If your HRV is low — if there exists a slight variation between heartbeats — it's a possible indicator that your ANS could be in a higher stress mode. If your HRV is high and the intervals between heartbeats are more varied, you're likely in a more relaxed state.

https://www.androidauthority.com/how-does-galaxy-watch-measure-stress-3234828/

Simply, HRV is a measure of the variation in time between your heartbeats and can be used as a guide to help manage stress. If you're in fight-or-flight mode, for example, your heart pumps faster and time between beats becomes shorter. This reduces HRV and indicates higher stress.

https://www.webmd.com/balance/stress-management/news/20240104/heart-rate-variability-anti-stress-weapon

As shown below, a measured heart rate variability value is compared to its baseline HRV value to determine whether HRV value is a high value or low value. Based on the comparison, the accused product determines whether a user is in stressed state (e.g., low HRV value) or relaxed state (e.g., high HRV value).

- If you're using a heart rate variability tracker for the first time, look at your HRV average over the course of a week to learn your baseline. Once you learn your baseline, you'll have a better idea of what a high or low HRV is for you, then can take steps to modify your routine depending on how you're tracking. "It is better to follow your own individual trend of HRV over time to help you make decisions on any given day," he adds.

https://www.hss.edu/article_heart-rate-variability.asp

Generally, the normal heart rate at rest for adults is between 60 and 100 beats per minute. [4] The average HRV for a person with a resting heart rate of 60 beats per minute would be one second, but actual HRV values could have a broader fluctuation. [5]

There isn't a specific "normal" range that applies to everyone. One person's normal could be abnormal for you. Consistently wearing a tracking device for a few weeks can help you determine your baseline HRV measurement.

https://www.verywellhealth.com/heart-rate-variability-5215411

If you track your HRV data at home using a smartwatch or fitness tracker, it's a good idea to compare your data to your own baseline. Generally, a higher HRV is considered "better" than a lower HRV, but this varies from person to person. If you notice any major shifts in your HRV, talk with a healthcare professional.

https://www.healthline.com/health/heart-health/heart-rate-variability-chart#hrv-guidelines

# Heart Rate
Heart rate can be measured manually or automatically. Set your preference on the QALO app.

View heart rate data and graphics on the app.

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317

## Track Key Health Metrics:

- Sleep

- Stress

- Movement & Workouts

- Heart Rate Variability (HRV)

https://qalo.com/products/qrnt-smart-ring?srsltid=AfmBOop5B0wuRM80EvYlAOu_QqOj8MVFnRcBn7ntrsuxElpwU1s5JqFf&Ring+size=6&Color=Matte+Silver

## HEART RATE VARIABILITY (HRV)   −

HRV is derived from PPG sensor data, which captures beat-to-beat intervals in blood flow. The Accelerometer helps filter out motion artifacts, while the thermistor accounts for temperature influences on vascular response. This computes HRV metrics (normal 19-75 ms for healthy adults) to assess stress, recovery, and autonomic nervous system balance, with higher HRV indicating better "rest-and-digest" function.

https://qalo.com/pages/qrnt-health-tracking-metrics

## Heart Rate Variability
HRV is measured automatically at your chosen interval. Set your preference on the QALO app.

View HRV values and states (Low, Normal, High, Excellent) on the app.

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317



https://parade.com/health/qalo-qrnt-smart-ring-review

## HEART RATE VARIABILITY (HRV)    −

HRV is derived from PPG sensor data, which captures beat-to-beat intervals in blood flow. The Accelerometer helps filter out motion artifacts, while the thermistor accounts for temperature influences on vascular response. This computes HRV metrics (normal 19-75 ms for healthy adults) to assess stress, recovery, and autonomic nervous system balance, with higher HRV indicating better "rest-and-digest" function.

https://qalo.com/pages/qrnt-health-tracking-metrics

## STRESS    −

Stress is assessed using PPG-derived HRV data to evaluate tension vs. relaxation states. The Accelerometer distinguishes activity-induced changes, and thermistor factors in temperature impacts. This generates a stress score (1-100) throughout the day, where normal levels support well-being but chronic high scores indicate prolonged tension hindering recovery.

https://qalo.com/pages/qrnt-health-tracking-metrics

## Stress

Stress is measured automatically at your chosen interval. Set your preference on the QALO app.

View values and states (Calm, Moderate, Stressed, or Severe) on the app.

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317



https://apps.apple.com/us/app/qalo/id6738357130



https://parade.com/health/qalo-qrnt-smart-ring-review

As shown below, the accused product comprises a microcontroller and a RAM memory storage.

# SPECIFICATIONS

**Bluetooth Version:** BLE 5.0

**Bluetooth Range:** 2 meters

**Battery:** Rechargeable 14.5mAh - 21.5mAh depending on ring size, Lipo battery, non-replaceable.

**Data Memory:** 15 Days

**Charging Case Size:** 59.7mm*50.3mm*27.5mm

**Ring Metal:** Titanium Alloy

**Charging Case Battery:** 200mAh 3.7V Lithium Polymer Battery

**Charging Case Rated Input:** 5V 1A

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317



*Source: Teardown of the accused product*

# nRF52840

System on Chip



aQFN73                    7x7mm



**7x7mm**  6x6mm 3.5x3.6mm

## Where to Buy

## Multiprotocol Bluetooth SoC supporting Bluetooth LE, Bluetooth Mesh, NFC, Thread and Zigbee

The nRF52840 SoC is the most advanced member of the nRF52 Series. It meets the challenges of sophisticated applications that need protocol concurrency and a rich and varied set of peripherals and features.  It offers generous memory availability for both Flash and RAM, which are prerequisites for such demanding applications.

https://www.nordicsemi.com/Products/nRF52840?lang=en#infotabs



*Source: Teardown of the accused product*

| comparing, with the microcontroller, one or more measured instances of the modulation, a blood flow rate, and the pulse rate to at least one of the modulation limit value, the pulse rate limit value, and the blood flow limit value; and | The accused product practices comparing (e.g., comparing baseline HRV value with a measured HRV value to determine stress level), with the microcontroller (e.g., microcontroller of the accused product), one or more measured instances of the modulation (e.g., heart rate variability, HRV, etc.), a blood flow rate, and the pulse rate (e.g., heart rate) to at least one of the modulation limit value (e.g., baseline HRV value), the pulse rate limit value, and the blood flow limit value.

The accused product determines heart rate (e.g., pulse rate) and heart rate variability (e.g., modulation) using heart rate sensors. It calculates values for these metrics from the sensor data using its microcontroller.

The accused product provides a stress determination feature. It estimates stress of a person using heart rate and heart rate variability metrices. For the stress estimation, it determines a baseline value of HRV which is a rolling average of earlier measured HRV values.

When the current measured HRV value is greater than the baseline value of HRV, the accused product estimates it to be relaxed or less stress condition and when the current measured HRV value is less than the baseline value of HRV, it is estimated to be a stressed |

condition.

## Track Key Health Metrics:

- Sleep

- Stress

- Movement & Workouts

- Heart Rate Variability (HRV)

https://qalo.com/products/qrnt-smart-ring?srsltid=AfmBOop5B0wuRM80EvYlAOu_QqOj8MVFnRcBn7ntrsuxElpwU1s5JqFf&Ring+size=6&Color=Matte+Silver

## HEART RATE VARIABILITY (HRV)   —

HRV is derived from PPG sensor data, which captures beat-to-beat intervals in blood flow. The Accelerometer helps filter out motion artifacts, while the thermistor accounts for temperature influences on vascular response. This computes HRV metrics (normal 19-75 ms for healthy adults) to assess stress, recovery, and autonomic nervous system balance, with higher HRV indicating better "rest-and-digest" function.

https://qalo.com/pages/qrnt-health-tracking-metrics

## Heart Rate Variability

HRV is measured automatically at your chosen interval. Set your preference on the QALO app.

View HRV values and states (Low, Normal, High, Excellent) on the app.

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317



https://parade.com/health/qalo-qrnt-smart-ring-review

### HEART RATE VARIABILITY (HRV)                                             —

HRV is derived from PPG sensor data, which captures beat-to-beat intervals in blood flow. The Accelerometer helps filter out motion artifacts, while the thermistor accounts for temperature influences on vascular response. This computes HRV metrics (normal 19-75 ms for healthy adults) to assess stress, recovery, and autonomic nervous system balance, with higher HRV indicating better "rest-and-digest" function.

https://qalo.com/pages/qrnt-health-tracking-metrics

### STRESS                                                                   —

Stress is assessed using PPG-derived HRV data to evaluate tension vs. relaxation states. The Accelerometer distinguishes activity-induced changes, and thermistor factors in temperature impacts. This generates a stress score (1-100) throughout the day, where normal levels support well-being but chronic high scores indicate prolonged tension hindering recovery.

https://qalo.com/pages/qrnt-health-tracking-metrics

## Stress

Stress is measured automatically at your chosen interval. Set your preference on the QALO app.

View values and states (Calm, Moderate, Stressed, or Severe) on the app.

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317



https://apps.apple.com/us/app/qalo/id6738357130



https://parade.com/health/qalo-qrnt-smart-ring-review

As shown below, the QRNT Original Smart Ring functions when worn on any finger of the user's hand. A hand contains several peripheral arteries, such as the radial and digital arteries, through which the user's heart rate can be measured. The accused product determines two metrics: heart rate and heart rate variability (HRV) (e.g., modulation) using its heart sensors. Heart rate represents the number of heartbeats within a given time period, while heart rate variability measures the variation in time between consecutive heartbeats.

**Fit & Sizing:** The Smart Ring can be worn on the index, middle, or ring finger. It is rigid (unlike our silicone rings) and has a snugger fit. If between sizes, we recommend sizing up. Remember to accommodate for swelling and knuckle size.

| Size | Circumference (mm) |
|------|--------------------|
| 6 | 51.8 |
| 7 | 54.7 |
| 8 | 57.2 |
| 9 | 59.7 |
| 10 | 62.5 |
| 11 | 65.0 |
| 12 | 67.5 |
| 13 | 70.1 |

https://qalo.com/products/qrnt-smart-ring?srsltid=AfmBOop5B0wuRM80EvYlAOu_QqOj8MVFnRcBn7ntrsuxElpwU1s5JqFf&Ring+size=6&Color=Matte+Silver



https://www.ncbi.nlm.nih.gov/books/NBK546583/figure/article-32410.image.f2/

HRV is simply a measure of the variation in time between each heartbeat. This variation is controlled by a primitive part of the nervous system called the autonomic nervous system (ANS). It works behind the scenes, automatically regulating our heart rate, blood pressure, breathing, and digestion among other key tasks. The ANS is subdivided into two large components: the sympathetic and the parasympathetic nervous system, also known as the fight-or-flight mechanism and the relaxation response.

https://www.health.harvard.edu/blog/heart-rate-variability-new-way-track-well-2017112212789

But why use HRV to measure stress? According to Harvard, HRV is controlled by our autonomic nervous system (ANS). It's a part of our nervous system that automatically adjusts our heart rate, blood pressure, and breathing rate in response to environmental stressors. This part of the nervous system is balanced by two parts that control our high stress flight/fight response and relaxed states. If your HRV is low — if there exists a slight variation between heartbeats — it's a possible indicator that your ANS could be in a higher stress mode. If your HRV is high and the intervals between heartbeats are more varied, you're likely in a more relaxed state.

https://www.androidauthority.com/how-does-galaxy-watch-measure-stress-3234828/

Simply, HRV is a measure of the variation in time between your heartbeats and can be used as a guide to help manage stress. If you're in fight-or-flight mode, for example, your heart pumps faster and time between beats becomes shorter. This reduces HRV and indicates higher stress.

https://www.webmd.com/balance/stress-management/news/20240104/heart-rate-variability-anti-stress-weapon

As shown below, a measured heart rate variability value is compared to its baseline HRV value to determine whether HRV value is a high value or low value. Based on the comparison, the accused product determines whether a user is in stressed state (e.g., low HRV value) or relaxed state (e.g., high HRV value).

- If you're using a heart rate variability tracker for the first time, look at your HRV average over the course of a week to learn your baseline. Once you learn your baseline, you'll have a better idea of what a high or low HRV is for you, then can take steps to modify your routine depending on how you're tracking. "It is better to follow your own individual trend of HRV over time to help you make decisions on any given day," he adds.

https://www.hss.edu/article_heart-rate-variability.asp

Generally, the normal heart rate at rest for adults is between 60 and 100 beats per minute. [4] The average HRV for a person with a resting heart rate of 60 beats per minute would be one second, but actual HRV values could have a broader fluctuation. [5]

There isn't a specific "normal" range that applies to everyone. One person's normal could be abnormal for you. Consistently wearing a tracking device for a few weeks can help you determine your baseline HRV measurement.

https://www.verywellhealth.com/heart-rate-variability-5215411

If you track your HRV data at home using a smartwatch or fitness tracker, it's a good idea to compare your data to your own baseline. Generally, a higher HRV is considered "better" than a lower HRV, but this varies from person to person. If you notice any major shifts in your HRV, talk with a healthcare professional.

https://www.healthline.com/health/heart-health/heart-rate-variability-chart#hrv-guidelines

## Track Key Health Metrics:

- Sleep

- Stress

- Movement & Workouts

- Heart Rate Variability (HRV)

https://qalo.com/products/qrnt-smart-ring?srsltid=AfmBOop5B0wuRM80EvYlAOu_QqOj8MVFnRcBn7ntrsuxElpwU1s5JqFf&Ring+size=6&Color=Matte+Silver

## HEART RATE VARIABILITY (HRV)      —

HRV is derived from PPG sensor data, which captures beat-to-beat intervals in blood flow. The Accelerometer helps filter out motion artifacts, while the thermistor accounts for temperature influences on vascular response. This computes HRV metrics (normal 19-75 ms for healthy adults) to assess stress, recovery, and autonomic nervous system balance, with higher HRV indicating better "rest-and-digest" function.

https://qalo.com/pages/qrnt-health-tracking-metrics

## Heart Rate Variability

HRV is measured automatically at your chosen interval. Set your preference on the QALO app.

View HRV values and states (Low, Normal, High, Excellent) on the app.

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317



https://parade.com/health/qalo-qrnt-smart-ring-review

## HEART RATE VARIABILITY (HRV)                                              −

HRV is derived from PPG sensor data, which captures beat-to-beat intervals in blood flow. The Accelerometer helps filter out motion artifacts, while the thermistor accounts for temperature influences on vascular response. This computes HRV metrics (normal 19-75 ms for healthy adults) to assess stress, recovery, and autonomic nervous system balance, with higher HRV indicating better "rest-and-digest" function.

https://qalo.com/pages/qrnt-health-tracking-metrics

## STRESS                                                                    −

Stress is assessed using PPG-derived HRV data to evaluate tension vs. relaxation states. The Accelerometer distinguishes activity-induced changes, and thermistor factors in temperature impacts. This generates a stress score (1-100) throughout the day, where normal levels support well-being but chronic high scores indicate prolonged tension hindering recovery.

https://qalo.com/pages/qrnt-health-tracking-metrics

## Stress

Stress is measured automatically at your chosen interval. Set your preference on the QALO app.

View values and states (Calm, Moderate, Stressed, or Severe) on the app.

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317



https://apps.apple.com/us/app/qalo/id6738357130



https://parade.com/health/qalo-qrnt-smart-ring-review

| | |
|---|---|
| outputting a prompt from the microcontroller via a user interface to a person if the one or more measured instances of the modulation, the blood flow rate, and the pulse rate falls outside the modulation limit value, the pulse rate limit value, and the blood flow limit value. | The accused product practices outputting a prompt (e.g., alert, message, etc.) from the microcontroller (e.g., microcontroller of the accused product) via a user interface (e.g., user interface at the display of the accused product) to a person (e.g., a user of the accused product) if the one or more measured instances of the modulation (e.g., current measured HRV), the blood flow rate, and the pulse rate (e.g., current measured heart rate) falls outside the modulation limit value (e.g., baseline HRV value), the pulse rate limit value, and the blood flow limit value.<br><br>The accused product determines heart rate (e.g., pulse rate) and heart rate variability (e.g., modulation) using heart rate sensors. It calculates values for these metrics from the sensor data using its microcontroller.<br><br>The accused product provides a stress determination feature. It estimates stress of a person using heart rate and heart rate variability metrices. For the stress estimation, it determines a baseline value of HRV which is a rolling average of earlier measured HRV values. It compares a current measured HRV value with the baseline HRV value for stress estimation.<br><br>When the current measured HRV value is greater than the baseline value of HRV, the accused product estimates it to be relaxed or less stress condition and when the current measured HRV value is less than the baseline value of HRV, it is estimated to be a stressed condition. The accused product generates a message at a display using the microcontroller regarding the stress condition of the user. |

# Track Key Health Metrics:

- Sleep

- Stress

- Movement & Workouts

- Heart Rate Variability (HRV)

https://qalo.com/products/qrnt-smart-ring?srsltid=AfmBOop5B0wuRM80EvYlAOu_QqOj8MVFnRcBn7ntrsuxElpwU1s5JqFf&Ring+size=6&Color=Matte+Silver

## HEART RATE VARIABILITY (HRV) —

HRV is derived from PPG sensor data, which captures beat-to-beat intervals in blood flow. The Accelerometer helps filter out motion artifacts, while the thermistor accounts for temperature influences on vascular response. This computes HRV metrics (normal 19-75 ms for healthy adults) to assess stress, recovery, and autonomic nervous system balance, with higher HRV indicating better "rest-and-digest" function.

https://qalo.com/pages/qrnt-health-tracking-metrics

# Heart Rate Variability
HRV is measured automatically at your chosen interval. Set your preference on the QALO app.

View HRV values and states (Low, Normal, High, Excellent) on the app.

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317



https://parade.com/health/qalo-qrnt-smart-ring-review

### HEART RATE VARIABILITY (HRV)                                    −

HRV is derived from PPG sensor data, which captures beat-to-beat intervals in blood flow. The Accelerometer helps filter out motion artifacts, while the thermistor accounts for temperature influences on vascular response. This computes HRV metrics (normal 19-75 ms for healthy adults) to assess stress, recovery, and autonomic nervous system balance, with higher HRV indicating better "rest-and-digest" function.

https://qalo.com/pages/qrnt-health-tracking-metrics

### STRESS                                                          −

Stress is assessed using PPG-derived HRV data to evaluate tension vs. relaxation states. The Accelerometer distinguishes activity-induced changes, and thermistor factors in temperature impacts. This generates a stress score (1-100) throughout the day, where normal levels support well-being but chronic high scores indicate prolonged tension hindering recovery.

https://qalo.com/pages/qrnt-health-tracking-metrics

## Stress

Stress is measured automatically at your chosen interval. Set your preference on the QALO app.

View values and states (Calm, Moderate, Stressed, or Severe) on the app.

https://cdn.shopify.com/s/files/1/0201/1744/files/QRNT_User_Manual_V5.pdf?v=1735854317



https://apps.apple.com/us/app/qalo/id6738357130



https://parade.com/health/qalo-qrnt-smart-ring-review

As shown below, the QRNT Original Smart Ring functions when worn on any finger of the user's hand. A hand contains several peripheral arteries, such as the radial and digital arteries, through which the user's heart rate can be measured. The accused product determines two metrics: heart rate and heart rate variability (HRV) (e.g., modulation) using its heart sensors. Heart rate represents the number of heartbeats within a given time period, while heart rate variability measures the variation in time between consecutive heartbeats.

**Fit & Sizing:** The Smart Ring can be worn on the index, middle, or ring finger. It is rigid (unlike our silicone rings) and has a snugger fit. If between sizes, we recommend sizing up. Remember to accommodate for swelling and knuckle size.

| Size | Circumference (mm) |
|------|--------------------|
| 6 | 51.8 |
| 7 | 54.7 |
| 8 | 57.2 |
| 9 | 59.7 |
| 10 | 62.5 |
| 11 | 65.0 |
| 12 | 67.5 |
| 13 | 70.1 |

https://qalo.com/products/qrnt-smart-ring?srsltid=AfmBOop5B0wuRM80EvYlAOu_QqOj8MVFnRcBn7ntrsuxElpwU1s5JqFf&Ring+size=6&Color=Matte+Silver



https://www.ncbi.nlm.nih.gov/books/NBK546583/figure/article-32410.image.f2/

HRV is simply a measure of the variation in time between each heartbeat. This variation is controlled by a primitive part of the nervous system called the autonomic nervous system (ANS). It works behind the scenes, automatically regulating our heart rate, blood pressure, breathing, and digestion among other key tasks. The ANS is subdivided into two large components: the sympathetic and the parasympathetic nervous system, also known as the fight-or-flight mechanism and the relaxation response.

https://www.health.harvard.edu/blog/heart-rate-variability-new-way-track-well-2017112212789

But why use HRV to measure stress? According to Harvard, HRV is controlled by our autonomic nervous system (ANS). It's a part of our nervous system that automatically adjusts our heart rate, blood pressure, and breathing rate in response to environmental stressors. This part of the nervous system is balanced by two parts that control our high stress flight/fight response and relaxed states. If your HRV is low — if there exists a slight variation between heartbeats — it's a possible indicator that your ANS could be in a higher stress mode. If your HRV is high and the intervals between heartbeats are more varied, you're likely in a more relaxed state.

https://www.androidauthority.com/how-does-galaxy-watch-measure-stress-3234828/

Simply, HRV is a measure of the variation in time between your heartbeats and can be used as a guide to help manage stress. If you're in fight-or-flight mode, for example, your heart pumps faster and time between beats becomes shorter. This reduces HRV and indicates higher stress.

https://www.webmd.com/balance/stress-management/news/20240104/heart-rate-variability-anti-stress-weapon

As shown below, a measured heart rate variability value is compared to its baseline HRV value to determine whether HRV value is a high value or low value. Based on the comparison, the accused product determines whether a user is in stressed state (e.g., low HRV value) or relaxed state (e.g., high HRV value).

- If you're using a heart rate variability tracker for the first time, look at your HRV average over the course of a week to learn your baseline. Once you learn your baseline, you'll have a better idea of what a high or low HRV is for you, then can take steps to modify your routine depending on how you're tracking. "It is better to follow your own individual trend of HRV over time to help you make decisions on any given day," he adds.

https://www.hss.edu/article_heart-rate-variability.asp

Generally, the normal heart rate at rest for adults is between 60 and 100 beats per minute.[4] The average HRV for a person with a resting heart rate of 60 beats per minute would be one second, but actual HRV values could have a broader fluctuation.[5]

There isn't a specific "normal" range that applies to everyone. One person's normal could be abnormal for you. Consistently wearing a tracking device for a few weeks can help you determine your baseline HRV measurement.

https://www.verywellhealth.com/heart-rate-variability-5215411

|  | If you track your HRV data at home using a smartwatch or fitness tracker, it's a good idea to compare your data to your own baseline. Generally, a higher HRV is considered "better" than a lower HRV, but this varies from person to person. If you notice any major shifts in your HRV, talk with a healthcare professional.<br><br>https://www.healthline.com/health/heart-health/heart-rate-variability-chart#hrv-guidelines |